# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

## MAY 1997 SESSION

FILED

**June 26, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | |
|---|---|
| JIMMY L. MATHIS, ) | |
| ) | **C.C.A. NO. 02C01-9605-CC-00177** |
| Appellant, ) | |
| ) | **HARDIN COUNTY** |
| VS. ) | |
| ) | **HON. C. CREED MCGINLEY,** |
| **STATE OF TENNESSEE,** ) | **JUDGE** |
| ) | |
| Appellant. ) | (Post-conviction) |

FOR THE APPELLANT:                FOR THE APPELLEE:

**GUY WILKINSON**               **JOHN KNOX WALKUP**
Public Defender                 Attorney General & Reporter

**RICHARD W. DeBERRY**        **ELLEN H. POLLACK**
Asst. Public Defender         Asst. Attorney General
P.O. Box 663                   450 James Robertson Pkwy.
Camden, TN 38320         Nashville, TN 37243-0493

                              **ROBERT (GUS) RADFORD**
                              District Attorney General

                              **JOHN OVERTON**
                              Asst. District Attorney General
                              Hardin County Courthouse
                              Savannah, TN 38372

OPINION FILED:_____

**AFFIRMED – RULE 20**

**JOHN H. PEAY,**
Judge

**O R D E R**

The petitioner pled guilty to one count of aggravated sexual battery and was sentenced to eight years in the Department of Correction. He subsequently filed a petition for post-conviction relief alleging ineffective assistance of counsel and that his guilty plea was neither knowing nor voluntary. After a hearing, the court below denied relief, finding "nothing in the record that would imply that the petitioner was denied any right guaranteed by the constitutions of the United States or the State of Tennessee." Upon our review of the record, we find that the evidence does not preponderate against the lower court's finding. Accordingly, the judgment below is affirmed in accordance with Rule 20 of the Court of Criminal Appeals of Tennessee.

_____
JOHN H. PEAY, Judge

CONCUR:


_____
GARY R. WADE, Judge


_____
THOMAS T. WOODALL, Judge